**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATTHEW L. MERCADO,

                               Plaintiff,

          -against-                                                    25 **CIVIL** 4726 (LTS)

                                                                       **JUDGMENT**

SING SING CORRECTIONAL FACILITY, ET
AL.,

                               Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated February 11, 2026, the Court finds that while Plaintiff has been a prisoner, he filed three or

more federal civil actions that have been dismissed as frivolous, malicious, or for failure to state a claim.

Because Plaintiff has not shown cause why he should not be recognized as barred under 28 U.S.C. § 1915(g),

the Court recognizes Plaintiff as barred, under Section 1915(g), from filing federal civil actions IFP while he is

a prisoner unless he is under imminent threat of serious physical injury. The Court also warns Plaintiff that the

submission of frivolous documents may result in the imposition of additional sanctions, including monetary

penalties. *See* 28 U.S.C. § 1651. The Court has vacated its previous order granting Plaintiff's request to proceed

IFP. (ECF 6.) Moreover, for the same reason, the court has dismissed this action without prejudice.1 *See* 28

U.S.C. § 1915(g). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be

taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United*

*States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

          February 17, 2026

                                                       **TAMMI M. HELLWIG**
                                          _____
                                                       **Clerk of Court**

                               **BY:**                 K. mango
                                          _____
                                                       **Deputy Clerk**